UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOREN C. MARQUEZ, o/b/o A.N.M., | ) No. ED CV 08-00144-VBK ) |
| Plaintiff, | ) JUDGMENT ) ) |
| v. | ) ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a new hearing consistent with the Memorandum Opinion.

DATED: April 20, 2009                        /s/
                                             VICTOR B. KENTON
                                             UNITED STATES MAGISTRATE JUDGE